UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFEND AFFIRMATIVE ACTION PARTY (DAAP), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-01575-VC<br><br>**ORDER REQUESTING FURTHER BRIEFING FROM THE PLAINTIFFS**<br><br>Re: Dkt. No. 3 |

　　The plaintiffs are required to file a brief with the court by 7 p.m. tonight answering the following questions:

1. Before serving the defendants this afternoon, did the plaintiffs' counsel notify the defendants that the plaintiffs intended to seek an order enjoining next week's student government elections?

2. If so, when and how?

3. If not, why not?

**IT IS SO ORDERED.**

Dated: March 31, 2016

_____
VINCE CHHABRIA
United States District Judge