1 | SHANTA DRIVER, Michigan Bar No. P65007*
RONALD CRUZ, State Bar No. 267038
2 | United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
1985 Linden Street
3 | Oakland, CA 94607
(510) 875-4463 Fax: (313) 586-0089
4 | ronald.cruz@ueaa.net, shanta.driver@ueaa.net
Attorneys for Plaintiffs
5 | *Appearance *pro hac vice*

6

7 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
8

9 | DEFEND AFFIRMATIVE ACTION PARTY, et al., | **CASE NO. 3:16-cv-01575-VC**

10 | Plaintiffs, | **2ND BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

11 | vs.

12 | REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

13

14 | Defendants.

15 | This Brief and the attached Declarations are in response to the Court's "Order Requesting

16 | Further Briefing from the Plaintiffs" (Dkt. No. 14).

17 | Plaintiffs and Shanta Driver, my co-counsel and Plaintiffs' lead attorney, notified the

18 | Defendant officials of the ASUC student government that we would seek legal action to enjoin

19 | the election from occurring so long as DAAP was excluded from the ballot. (See Declaration of

20 | Shanta Driver and Declaration of Yvette Felarca.)

21 | The attached Declaration of Shanta Driver describes her efforts notifying the university's

22 | Office of the General Counsel of the lawsuit both prior to and upon delivering the lawsuit.

23 | .

24 | 2ND BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION
CASE NO. 3:16-cv-01575-VC

1  By Plaintiffs' Attorneys,
   UNITED FOR EQUALITY AND AFFIRMATIVE
2  ACTION LEGAL DEFENSE FUND

3  BY:     /s/ Ronald Cruz_____
   Ronald Cruz (State Bar No. 267038)
4  Shanta Driver* (Michigan Bar No. P65007)
   1985 Linden Street
5  Oakland, CA 94607
   (510) 875-4463
6  Fax: (313) 586-0089
   *Appearance *pro hac vice*

7
              Dated: March 31, 2016
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
_____
   2ND BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
24              AND/OR PRELIMINARY INJUNCTION
                    CASE NO. 3:16-cv-01575-VC
                              2