UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFEND AFFIRMATIVE ACTION PARTY (DAAP), et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,<br><br>             Defendants. | Case No.  16-cv-01575-VC<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 3 |

The plaintiffs' application for a temporary restraining order is denied.  On the current record, the plaintiffs have not shown a likelihood of success (and certainly no "strong" likelihood of success, *see Sw. Voter Registration Educ. Project v. Shelley*, 344 F.3d 914, 919 (9th Cir. 2003) (en banc) (per curiam)) on the merits of their First Amendment claims: it appears that there were reasons other than viewpoint discrimination for the ASUC Elections Committee to treat DAAP and CalSERVE differently.  *See* Dkt. No. 22-1 at 15; *cf. Flint v. Dennison*, 488 F.3d 816, 833-34 (9th Cir. 2007).  For similar reasons, the plaintiffs haven't shown a likelihood of success on the merits of their Title IX claim.  Because the plaintiffs haven't demonstrated a likelihood that their treatment was the result of viewpoint discrimination in general, they also haven't demonstrated a likelihood that their treatment was retaliation for their views on sexual violence in particular.

Moreover, the public interest and the balance of the equities weigh very strongly against enjoining an impending election.  *See Sw. Voter Registration Educ. Project*, 344 F.3d at 918-20.  The fact that the plaintiffs delayed in seeking a TRO – waiting two weeks after the ASUC

Judicial Council declined their appeal, and then seeking to enjoin an election set to begin in four days – also weighs against issuing a TRO, which is an equitable remedy.  *Cf. Rovio Entm't Ltd. v. Royal Plush Toys, Inc.*, 907 F. Supp. 2d 1086, 1097 (N.D. Cal. 2012); *Occupy Sacramento v. City of Sacramento*, No. 11-cv-02873, 2011 WL 5374748, at *4 (E.D. Cal. Nov. 4, 2011).

The parties are ordered to appear at an in-person case management conference at 1:30 p.m. on Tuesday, April 5, 2016, to discuss the next steps in this case.

The UC defendants may disregard the Court's order requesting a response to the TRO application (Dkt. No. 15).  No further response is necessary.

**IT IS SO ORDERED.**

Dated: April 1, 2016

_____
VINCE CHHABRIA
United States District Judge