1  RONALD CRUZ, State Bar No. 267038
   SHANTA DRIVER, Michigan Bar No. P65007*
2  United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
   1985 Linden Street
3  Oakland, CA 94607
   (510) 875-4463 Fax: (313) 586-0089
4  ronald.cruz@ueaa.net, shanta.driver@ueaa.net
   Attorneys for Plaintiffs
5  *Appearance *pro hac vice*

6

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8

9  DEFEND AFFIRMATIVE ACTION                    **CASE NO. 3:16-cv-01575-VC**
   PARTY, et al.,
                                                **NOTICE OF VOLUNTARY DISMISSAL**
10 Plaintiffs,
                                                Judge:      Hon. Vince Chhabria
11 vs.

12 REGENTS OF THE UNIVERSITY OF
   CALIFORNIA, et al.,
13
   Defendants.
14 _____

15

16      TO THE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE

   COUNSEL OF RECORD:
17

18      The Plaintiffs in this matter voluntarily dismiss this lawsuit pursuant to Federal Rule

   of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side
19
   to bear its own costs and fees.
20

                              By Plaintiffs' Attorneys,
21                            UNITED FOR EQUALITY AND AFFIRMATIVE
                              ACTION LEGAL DEFENSE FUND
22
                              BY:    _/s/ Ronald Cruz_____
23                            Ronald Cruz (State Bar No. 267038)
                              Shanta Driver* (Michigan Bar No. P65007)

1                     1985 Linden Street
Oakland, CA 94607
2                     (510) 875-4463, Fax: (313) 586-0089
*Appearance *pro hac vice*

3

                    Dated: May 22, 2016

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:16-cv-01575-VC
2